# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA, | CASE NO. 1:10-cv-02097-BAM PC |
| Plaintiff, | ORDER VACATING ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND REQUIRING DEFENDANTS TO FILE A RESPONSIVE PLEADING WITHIN THIRTY DAYS |
| v. | |
| M. MIX, et al., | |
| Defendants. | (ECF No. 40, 41) |
| _____ / | |

On November 29, 2012, the second amended complaint was screened and service was found appropriate for Defendants McCue and Saylor. (ECF No. 39.) Service documents were forwarded to Plaintiff to be completed and returned in thirty days. (ECF No. 40.) On December 4, 2012, Defendants McCue and Saylor filed a notice that they have already appeared in this action and accept service. (ECF No. 41.)

Accordingly, IT IS HEREBY ORDERED that:

1. The order finding service of the second amended complaint appropriate and forwarding service documents to the Plaintiff is VACATED; and

2. Within thirty days from the date of service of this order, Defendants shall file an answer or other responsive pleading.

IT IS SO ORDERED.

Dated:   December 5, 2012            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

1