# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA, | CASE NO. 1:10-cv-02097-BAM PC |
| Plaintiff, | ORDER DISREGARDING NOTICE OF SUBMISSION OF DOCUMENTS |
| v. | (ECF No. 43) |
| M. MIX, et al., | |
| Defendants. | |

Plaintiff Guillermo Garcia ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 29, 2012, an order issued finding service of the second amended complaint appropriate and forwarding the service documents to Plaintiff to be completed and returned within thirty days. (ECF No. 40.) Defendants filed a response stating they would accept service without further service by the United States Marshal. (ECF No. 41.) On December 5, 2012, an order issued vacating the order finding service appropriate, and on December 11, 2012, Plaintiff submitted the service documents. (ECF Nos. 42, 43.) Accordingly, the service documents are HEREBY ORDERED DISREGARDED.

IT IS SO ORDERED.

Dated: December 13, 2012         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

1