UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>M. MIX, et al.,<br><br>        Defendants. | Case No.: 1:10-cv-02097-BAM PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO TAKE PLAINTIFF'S DEPOSITION BY REMOTE MEANS<br><br>(ECF No. 52) |

        Plaintiff Guillermo Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 10, 2013, the Court issued a scheduling order. Based on that order, this action currently is in the discovery phase and the deadline to complete discovery is September 10, 2013.

        On August 2, 2013, Defendants McCue and Saylor filed the instant motion seeking leave to depose Plaintiff, who is incarcerated at the Correctional Training Facility (CTF) in Soledad, California, by video conference. Fed. R. Civ. P. 30(b)(4) (on motion, court may order that a deposition be taken by telephone or other remote means). Defendants explain that due to budget constraints and other pre-existing deadlines, defense counsel cannot travel to CTF to complete the deposition before the close of discovery. However, counsel can complete the deposition by remote

1 means before the discovery deadline.  Counsel reports that CTF has videoconferencing capabilities
2 and can accommodate Plaintiff's deposition for September 5, 2013.

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **August 2, 2013**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE