UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. MIX, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-02097-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE<br>(ECF No. 54) |

### I.　　Introduction

Plaintiff Guillermo Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint, filed on October 24, 2012, against Defendants Saylor and McCue for denial of access to the court.

Currently pending before the Court is Plaintiff's motion to compel Defendants to answer Plaintiff's request for admissions, interrogatories and request for production of documents filed on September 12, 2013. (ECF No. 54.) Defendants opposed the motion on September 27, 2013, and Plaintiff replied on October 23, 2013. (ECF Nos. 55, 59.) The motion is deemed submitted. Local Rule 230(l).

///

///

1

## II. Discussion

On January 10, 2013, the Court issued a discovery and scheduling order. Pursuant to that order, any discovery requests were required to be served "at least forty-five (45) days before the discovery deadline." (ECF No. 46, p. 1.) The deadline to complete discovery was set for September 10, 2013. Therefore, all discovery requests must have been served on or before July 27, 2013.

Plaintiff now requests a court order compelling Defendants to respond to his requests for admissions, which were served on August 14, 2013, and his first set of interrogatories, which were served on August 18, 2013. (ECF No. 55, Ex. A to Defs' Opp'n.) Plaintiff's discovery requests were untimely. Pursuant to the Court's discovery and scheduling order, Plaintiff's discovery requests must have been served on or before July 27, 2013. To date, Plaintiff has not filed a motion pursuant to Federal Rule of Civil Procedure 16 seeking to amend the scheduling order and extend the discovery deadline to serve his discovery requests. Plaintiff may file such a motion if he so chooses.

In his reply, Plaintiff contends that Defendants have waived any argument that he failed to seek an extension of the discovery deadlines because they did not oppose his request for an extension of time to respond to Defendant McCue's interrogatories and requests for admissions. Plaintiff's argument lacks merit because the Court did not extend the discovery deadline in this action. Rather, Plaintiff applied to the Court for an extension of time to August 22, 2013, to respond to Defendant McCue's discovery requests. (ECF No. 50, p.1.) Although Plaintiff's application included a declaration stating that he required additional time to serve his own interrogatories and request for admissions, the application itself did not seek modification of the scheduling order to extend the discovery deadline pursuant to Federal Rule of Civil Procedure 16. (ECF Nos. 50, p. 2.) Accordingly, the Court granted the relief requested in the application and only extended Plaintiff's time to respond to Defendant McCue's discovery requests. (ECF No. 51.)

Further, Plaintiff's argument that his delay in receiving Defendants' discovery requests resulted in less time for him to serve his own discovery requests is unavailing. Plaintiff had the right to serve Defendants with his discovery requests as soon as the Court issued its discovery and scheduling order in January 2013. Nothing in the Court's order required Plaintiff to wait until he received or responded to Defendants' discovery requests.

### III. Conclusion and Order

Based on the above, Plaintiff's motion to compel Defendants to answer Plaintiff's admissions, interrogatories and request for production of documents is DENIED without prejudice. If Plaintiff so chooses, he may file a motion to amend the discovery and scheduling order to extend the discovery cut-off date pursuant to Federal Rule of Civil Procedure 16. Such motion must be filed within thirty (30) days after service of this order.

IT IS SO ORDERED.

Dated:   **October 24, 2013**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE